CLOSED,ACO,TransferredOutCase−DoNotDocket

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:20−cv−05894−AMD−CLP

| | |
|---|---|
| Jevons v. Boston Scientific Corporation et al | Date Filed: 12/04/2020 |
| Assigned to: Judge Ann M Donnelly | Date Terminated: 01/04/2021 |
| Referred to: Chief Magistrate Cheryl L. Pollak | Jury Demand: Plaintiff |
| Cause: 15:77 Securities Fraud | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Enrique Jevons**  represented by  **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: jalieberman@pomlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Boston Scientific Corporation**  represented by  **Alisha Quintana Nanda**
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617−573−4800
Fax: 617−305−4804
Email: alisha.nanda@skadden.com
*ATTORNEY TO BE NOTICED*

**Yaw Asare Anim**
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617−573−4800
Email: yaw.anim@skadden.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael F. Mahoney**  represented by  **Alisha Quintana Nanda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaw Asare Anim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel J. Brennan**    represented by    **Alisha Quintana Nanda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yaw Asare Anim**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2020 | Ï 1 | COMPLAINT against Boston Scientific Corporation, Daniel J. Brennan, Michael F. Mahoney filing fee $ 402, receipt number ANYEDC–13785477 Was the Disclosure Statement on Civil Cover Sheet completed –Yes,, filed by Enrique Jevons. (Attachments: # 1 Civil Cover Sheet) (Lieberman, Jeremy) (Entered: 12/04/2020) |
| 12/04/2020 | Ï 2 | Proposed Summons. Re 1 Complaint, by Enrique Jevons (Lieberman, Jeremy) (Entered: 12/04/2020) |
| 12/04/2020 | Ï 3 | Proposed Summons. Re 1 Complaint, by Enrique Jevons (Lieberman, Jeremy) (Entered: 12/04/2020) |
| 12/07/2020 | Ï | Case Assigned to Judge Ann M Donnelly and Chief Magistrate Cheryl L. Pollak. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Davis, Kimberly) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 12/07/2020) |
| 12/07/2020 | Ï 6 | Summons Issued as to Boston Scientific Corporation, Daniel J. Brennan, Michael F. Mahoney. (Attachments: # 1 Summons) (Davis, Kimberly) (Entered: 12/07/2020) |
| 12/14/2020 | Ï 7 | NOTICE of Appearance by Alisha Quintana Nanda on behalf of Boston Scientific Corporation, Daniel J. Brennan, Michael F. Mahoney (aty to be noticed) (Nanda, Alisha) (Entered: 12/14/2020) |
| 12/14/2020 | Ï 8 | Corporate Disclosure Statement by Boston Scientific Corporation identifying Corporate Parent No Corporate Parent for Boston Scientific Corporation. (Nanda, Alisha) (Entered: 12/14/2020) |
| 12/14/2020 | Ï 9 | STIPULATION *And [Proposed] Order to Transfer Venue* by Boston Scientific Corporation, Daniel J. Brennan, Michael F. Mahoney (Nanda, Alisha) (Entered: 12/14/2020) |
| 12/14/2020 | Ï 10 | NOTICE of Appearance by Yaw Asare Anim on behalf of Boston Scientific Corporation, Daniel J. Brennan, Michael F. Mahoney (aty to be noticed) (Anim, Yaw) (Entered: 12/14/2020) |
| 01/04/2021 | Ï | ORDER: Pursuant to 28 U.S.C. § 1404(a), and in the interest of justice, the Court respectfully directs the Clerk of Court to transfer this case to the United States District Court for the District of |

Massachusetts. The provision of Local Rule 83.1 requiring a seven–day waiting period is hereby waived. All parties in the action have consented to the transfer. Case extracted via ECF. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.**Ordered by Judge Ann M. Donnelly on 1/4/2021. (Greene, Donna) (Entered: 01/04/2021)